

Pay Date - 3/09/2018  Period End Date - 03/04/2018 | SHARAH BURTON ; Employee ID 119263

**Hershey Entertainment & Resorts Co.**
27 West Chocolate Avenue
Hershey, Pa. 17033

### Hours & Earnings

| Income | Current Hours | YTD Hours | Current Amt | YTD Amt |
|---|---|---|---|---|
| PAY FOR PERFORM | 0.00 | 0.00 | 59.87 | 307.99 |
| REGULAR PAY | 39.92 | 205.34 | 327.34 | 1683.78 |
| Total Wages & Net Pay | | | | |
| TOTALS | 39.92 | 205.34 | 387.21 | |
| NET PAY | | | 339.60 | |

### Taxes & Deductions

| Deduction | Current Amt | YTD Amt |
|---|---|---|
| DIRECT DEPOSIT | 339.60 | 1747.16 |
| LOCAL SERVIC TAX | 2.00 | 10.00 |
| LOCAL TAX | 3.87 | 19.90 |
| PA STATE TAX | 11.89 | 61.15 |
| PA UNEMPLOYMENT | 0.23 | 1.19 |
| SOC.SEC/MEDICARE | 24.01 | 123.49 |
| SOC.SEC/MEDICARE | 5.61 | 28.88 |



Pay Date - 3/23/2018  Period End Date - 03/18/2018 — SHARAH BURTON ; Employee ID 119263

**Hershey Entertainment & Resorts Co.**
27 West Chocolate Avenue
Hershey, Pa. 17033

### Hours & Earnings

| Income | Current Hours | YTD Hours | Current Amt | YTD Amt |
|---|---|---|---|---|
| PAY FOR PERFORM | 0.00 | 0.00 | 52.97 | 360.96 |
| REGULAR PAY | 35.32 | 240.66 | 289.62 | 1973.40 |
| Total Wages & Net Pay | | | | |
| TOTALS | 35.32 | 240.66 | 342.59 | |
| NET PAY | | | 300.23 | |

### Taxes & Deductions

| Deduction | Current Amt | YTD Amt |
|---|---|---|
| DIRECT DEPOSIT | 300.23 | 2047.39 |
| LOCAL SERVIC TAX | 2.00 | 12.00 |
| LOCAL TAX | 3.42 | 23.32 |
| PA STATE TAX | 10.52 | 71.67 |
| PA UNEMPLOYMENT | 0.21 | 1.40 |
| SOC.SEC/MEDICARE | 21.24 | 144.73 |
| SOC.SEC/MEDICARE | 4.97 | 33.85 |



Pay Date - 4/06/2018  Period End Date - 04/01/2018                                                            SHARAH BURTON ; Employee ID 119263

**Hershey Entertainment & Resorts Co.**
27 West Chocolate Avenue
Hershey, Pa. 17033

### Hours & Earnings

| Income | Current Hours | YTD Hours | Current Amt | YTD Amt |
|---|---|---|---|---|
| PAY FOR PERFORM | 0.00 | 0.00 | 49.45 | 410.41 |
| REGULAR PAY | 32.97 | 273.63 | 270.35 | 2243.75 |
| Total Wages & Net Pay | | | | |
| TOTALS | 32.97 | 273.63 | 319.80 | |
| NET PAY | | | 280.13 | |

### Taxes & Deductions

| Deduction | Current Amt | YTD Amt |
|---|---|---|
| DIRECT DEPOSIT | 280.13 | 2327.52 |
| LOCAL SERVIC TAX | 2.00 | 14.00 |
| LOCAL TAX | 3.19 | 26.51 |
| PA STATE TAX | 9.82 | 81.49 |
| PA UNEMPLOYMENT | 0.19 | 1.59 |
| SOC.SEC/MEDICARE | 19.83 | 164.56 |
| SOC.SEC/MEDICARE | 4.64 | 38.49 |

