Tiny Town, LLC
533 Janet Avenue
PA 17601

SHARAH E BURTON
149 W HIGH STREET
PO BOX 419
MAYTON, PA 17550

Direct Deposit

| **Employee Pay Stub** | | Check number: DD1283 | | | Pay Period: 02/12/2018 - 02/25/2018 | Pay Date: 03/02/2018 |
|---|---|---|---|---|---|---|

| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|
| SHARAH E BURTON, 149 W HIGH STREET, PO BOX 419, MAYTON, PA 17550 | | | | ***-**-9495 | Married/Withhold | Fed-12/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Pay | 16:42 | 9.00 | 150.30 | 766.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local Withholding | -1.50 | -7.66 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -9.32 | -47.53 |
| Medicare Employee | -2.18 | -11.12 |
| PA - Withholding | -4.61 | -23.53 |
| PA - Unemployment Employee | -0.09 | -0.46 |
| | -17.70 | -90.30 |
| **Net Pay** | **132.60** | **676.35** |

| Direct Deposit | Amount |
|---|---|
| Checking - ******9139 | 132.60 |

| Memo |
|---|
| Direct Deposit |

Tiny Town, LLC, 533 Janet Avenue, PA 17601                    Powered by **Intuit Payroll**

Tiny Town, LLC
533 Janet Avenue
PA 17601

SHARAH E BURTON
149 W HIGH STREET
PO BOX 419
MAYTON, PA 17550

Direct Deposit

**Employee Pay Stub**   Check number: DD1300   Pay Period: 02/26/2018 - 03/11/2018   Pay Date: 03/16/2018

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| SHARAH E BURTON, 149 W HIGH STREET, PO BOX 419, MAYTON, PA 17550 | | | | | ***-**-9495 | Married/Withhold | Fed-12/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Pay | 18:03 | 9.00 | 162.45 | 929.10 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******9139 | 143.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local Withholding | -1.62 | -9.28 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -10.07 | -57.60 |
| Medicare Employee | -2.35 | -13.47 |
| PA - Withholding | -4.99 | -28.52 |
| PA - Unemployment Employee | -0.10 | -0.56 |
| | -19.13 | -109.43 |

Memo
Direct Deposit

**Net Pay**    **143.32**    819.67

Tiny Town, LLC
533 Janet Avenue
PA 17601

SHARAH E BURTON
149 W HIGH STREET
PO BOX 419
MAYTON, PA 17550

Direct Deposit

**Employee Pay Stub**    Check number: DD1317    Pay Period: 03/12/2018 - 03/25/2018    Pay Date: 03/30/2018

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| SHARAH E BURTON, 149 W HIGH STREET, PO BOX 419, MAYTON, PA 17550 | ***-**-9495 | Married/Withhold | Fed-12/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Pay | 22:03 | 9.00 | 198.45 | 1,127.55 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******9139 | 175.07 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local Withholding | -1.98 | -11.26 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -12.31 | -69.91 |
| Medicare Employee | -2.88 | -16.35 |
| PA - Withholding | -6.09 | -34.61 |
| PA - Unemployment Employee | -0.12 | -0.68 |
|  | -23.38 | -132.81 |

Memo

Direct Deposit

| **Net Pay** | **175.07** | **994.74** |
|---|---|---|

Tiny Town, LLC, 533 Janet Avenue, PA 17601    Powered by **Intuit Payroll**

Tiny Town, LLC
533 Janet Avenue
PA 17601

SHARAH E BURTON
149 W HIGH STREET
PO BOX 419
MAYTON, PA 17550

Direct Deposit

**Employee Pay Stub**    Check number: DD1338    Pay Period: 03/26/2018 - 04/08/2018    Pay Date: 04/13/2018

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| SHARAH E BURTON, 149 W HIGH STREET, PO BOX 419, MAYTON, PA 17550 | | | | | ***-**-9495 | Married/Withhold | Fed-12/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 14:25 | 9.00 | 129.75 | 1,257.30 | Checking - ******9139 | 114.48 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Local Withholding | | | -1.30 | -12.56 | | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -8.04 | -77.95 | | |
| Medicare Employee | | | -1.88 | -18.23 | | |
| PA - Withholding | | | -3.98 | -38.59 | | |
| PA - Unemployment Employee | | | -0.07 | -0.75 | | |
| | | | -15.27 | -148.08 | | |
| **Net Pay** | | | **114.48** | **1,109.22** | | |

Tiny Town, LLC, 533 Janet Avenue, PA 17601    Powered by **Intuit Payroll**

Tiny Town, LLC
533 Janet Avenue
PA 17601

SHARAH E BURTON
149 W HIGH STREET
PO BOX 419
MAYTON, PA 17550

Direct Deposit

| **Employee Pay Stub** | | Check number: DD1360 | | | Pay Period: 04/09/2018 - 04/22/2018 | Pay Date: 04/27/2018 |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| SHARAH E BURTON, 149 W HIGH STREET, PO BOX 419, MAYTON, PA 17550 | | | | | ***-**-9495 | Married/Withhold | Fed-12/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Pay | 12:01 | 9.00 | 108.15 | 1,365.45 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Local Withholding | | | -1.08 | -13.64 |
| Federal Withholding | | | 0.00 | 0.00 |
| Social Security Employee | | | -6.71 | -84.66 |
| Medicare Employee | | | -1.57 | -19.80 |
| PA - Withholding | | | -3.32 | -41.91 |
| PA - Unemployment Employee | | | -0.07 | -0.82 |
| | | | -12.75 | -160.83 |
| **Net Pay** | | | **95.40** | **1,204.62** |

| Direct Deposit | Amount |
|---|---|
| Checking - ******9139 | 95.40 |
| **Memo** | |
| Direct Deposit | |