Certificate Number: 05781-PAE-DE-031199638

Bankruptcy Case Number: 18-13226



05781-PAE-DE-031199638

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2018, at 6:25 o'clock PM PDT, Sharah Burton completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 18, 2018                    By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President