## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Sharah Elizabeth Burton, | : | Chapter 13 |
| Debtor | : | Case No.:  18-13226-ref |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed July 26, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on July 26, 2018:*

Michelle Morris, Bankr. Spec.
Wells Fargo Bank N.A.,
d/b/a Wells Fargo Auto
PO Box 19657
Irvine CA 92623-9657

Lynn S. Unger, Bankr. Spec.
Members 1st FCU
5000 Louise Drive
Mechanicsburg, PA 17055

*Via Electronic Filing (ECF) on July 26, 2018:*

Kevin G. McDonald, Esquire on behalf of Ditech Financial LLC
bkgroup@kmllawgroup.com

William C. Miller, Interim Chapter 13 Trustee
ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

Office of Frederick L. Reigle, Chapter 13 Trustee
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:     */s/ Joseph Quinn*
          Joseph Quinn, Esquire
          152 E. High Street, Suite 100
          Pottstown, PA 19464
          T: 610.323.5300
          F: 610.323.6081
          JQuinn@SJR-LAW.com

Date:   July 26, 2018           Counsel for Debtor