IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Sharah Elizabeth Burton   :   Chapter 13
                        Debtor   :   Bankruptcy No.: 18-13226-ref

PRAECIPE TO WITHDRAW CERTIFICATE OF SERVICE
[DOCUMENT NO. 21] FILED ON SEPTEMBER 10, 2018

TO THE CLERK:

Kindly withdraw the certificate of service filed by Debtor's Counsel on September 10, 2018 [Document No. 21].

                                        LAW OFFICE OF STEPHEN J. ROSS

                                        By:    */s/ Joseph Quinn*
                                                   Joseph Quinn, Esquire
                                                   Attorney I.D. No. 307467
                                                   152 E. High Street, Suite 100
                                                   Pottstown, PA 19464
                                                   T: 610.323.5300
                                                   F: 610.323.6081
Date: September 11, 2018           JQuinn@SJR-LAW.com