# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:  Sharah Elizabeth Burton <br>                        Debtor(s) <br><br> Ditech Financial LLC <br>                        Movant <br>        vs. <br><br> Sharah Elizabeth Burton <br>                        Debtor(s) <br><br> WILLIAM MILLER*R <br>                        Trustee | CHAPTER 13 <br><br><br><br> NO. 18-13226-REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **July 3, 2018; Docket No. 14**.

                                                     Respectfully submitted,

                                                     **/s/ Kevin G. McDonald, Esquire**
                                                     Kevin G. McDonald, Esquire
                                                     KML Law Group, P.C.
                                                     BNY Mellon Independence Center
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA  19106
                                                     215-627-1322

September 11, 2018