United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharah Elizabeth Burton  
Sharah Elizabeth Burton  
    Debtors

Case No. 18-13226-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Antoinett | Page 1 of 1 | Date Rcvd: Mar 03, 2020 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14167776     E-mail/Text: bankruptcy.bnc@ditech.com Mar 04 2020 03:20:23    Ditech Financial LLC,
   P.O. Box 6154,  Rapid City, SD 57709-6154
                                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:
       FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       HAROLD N. KAPLAN   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com
       JOSEPH L QUINN   on behalf of Debtor Sharah Elizabeth Burton CourtNotices@rqplaw.com
       KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
       SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                                   TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13226-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Sharah Elizabeth Burton
149 W. High Street
Maytown PA 17550

Sharah Elizabeth Burton
MAILING ADDRESS
P O Box 419
Maytown PA 17550

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/02/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/05/20

Tim McGrath
**CLERK OF THE COURT**