Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-13226-PMM

SHARAH ELIZABETH BURTON  
PO BOX 419  
MAYTOWN  PA   17550

Petition Filed Date: 05/15/2018  
341 Hearing Date: 06/19/2018  
Confirmation Date: 11/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $330.00 | | 02/13/2019 | $330.00 | | 03/13/2019 | $330.00 | |
| 04/15/2019 | $330.00 | | 05/13/2019 | $330.00 | | 11/07/2019 | $2,034.00 | |
| 11/15/2019 | $333.00 | 2553168434 | 12/11/2019 | $333.00 | 2557817830 | 12/12/2019 | $333.00 | |
| 01/13/2020 | $333.00 | | 01/15/2020 | $333.00 | 2562840883 | 02/12/2020 | $333.00 | |
| 03/12/2020 | $333.00 | | 04/13/2020 | $333.00 | | 05/12/2020 | $333.00 | |
| 06/12/2020 | $333.00 | | 07/13/2020 | $333.00 | | 08/12/2020 | $333.00 | |

**Total Receipts for the Period: $7,680.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,990.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $73.92 | $0.00 | $73.92 |
| 3 | NEWREZ LLC  D/B/A<br>»» 003 | Mortgage Arrears | $13,488.14 | $5,670.73 | $7,817.41 |
| 5 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $5,727.66 | $0.00 | $5,727.66 |
| 2 | MEMBERS 1ST FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 006 | Attorney Fees | $3,175.00 | $3,175.00 | $0.00 |

Chapter 13 Case No. 18-13226-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,990.00 | Current Monthly Payment: | $333.00 |
| Paid to Claims: | $8,845.73 | Arrearages: | ($1,332.00) |
| Paid to Trustee: | $844.57 | Total Plan Base: | $18,648.00 |
| Funds on Hand: | $299.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.