| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-13226-PMM**

SHARAH ELIZABETH  BURTON
PO BOX 419
MAYTOWN  PA    17550

Petition Filed Date: 05/15/2018
341 Hearing Date: 06/19/2018
Confirmation Date: 11/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $333.00 | | 01/15/2020 | $333.00 | 2562840883 | 02/12/2020 | $333.00 | |
| 03/12/2020 | $333.00 | | 04/13/2020 | $333.00 | | 05/12/2020 | $333.00 | |
| 06/12/2020 | $333.00 | | 07/13/2020 | $333.00 | | 08/12/2020 | $333.00 | |
| 09/15/2020 | $333.00 | | 10/13/2020 | $333.00 | | 11/13/2020 | $333.00 | |
| 12/14/2020 | $333.00 | | 01/12/2021 | $333.00 | | 02/12/2021 | $333.00 | |
| 03/12/2021 | $333.00 | | 04/12/2021 | $333.00 | | 05/12/2021 | $333.00 | |

**Total Receipts for the Period: $5,994.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,987.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $73.92 | $0.00 | $73.92 |
| 3 | NEWREZ LLC  D/B/A<br>»» 003 | Mortgage Arrears | $13,488.14 | $8,737.66 | $4,750.48 |
| 5 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $5,727.66 | $0.00 | $5,727.66 |
| 2 | MEMBERS 1ST FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 006 | Attorney Fees | $3,175.00 | $3,175.00 | $0.00 |

**Chapter 13 Case No. 18-13226-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,987.00 | Current Monthly Payment: | $333.00 |
| Paid to Claims: | $11,912.66 | Arrearages: | ($999.00) |
| Paid to Trustee: | $1,074.34 | Total Plan Base: | $18,648.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.