United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13226-pmm |
| Sharah Elizabeth Burton | Chapter 13 |
| Sharah Elizabeth Burton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 27, 2022 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sharah Elizabeth Burton, MAILING ADDRESS, P O Box 419, Maytown, PA 17550-0419 |
| db | +++ | Sharah Elizabeth Burton, 149 W. High Street, Maytown, PA 17550-9717 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14107087 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14107089 | + | Ditech Financial LLC, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14167776 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14107090 | + | Justin T. Kouterick, 451 W. High Street, Apt 7, Elizabethtown, PA 17022-3116 |
| 14107091 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 14165850 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: taxclaim@countyofberks.com | Apr 28 2022 00:23:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 28 2022 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14107086 | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:23:00 | Aes/nct, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14107088 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:23:06 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14175322 | Email/Text: ECMCBKNotices@ecmc.org | Apr 28 2022 00:23:00 | ECMC, Po Box 16408, St Paul, MN 55116-0408 |
| 14107092 | + Email/Text: unger@members1st.org | Apr 28 2022 00:24:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14107093 | + Email/PDF: pa_dc_claims@navient.com | Apr 28 2022 00:23:06 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14476409 | Email/Text: mtgbk@shellpointmtg.com | Apr 28 2022 00:23:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14168760 | + Email/PDF: ebn_ais@aisinfo.com | | |

|  |  | Apr 28 2022 00:23:01 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 14107094 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2022 00:23:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14210132 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14107095 | ##+ | Wells Fargo Bank, N.A., Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| JOSEPH L QUINN | on behalf of Debtor Sharah Elizabeth Burton CourtNotices@rqplaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sharah Elizabeth Burton

           Debtor(s)

Case No: 18−13226−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/27/22

43 − 40
Form 138OBJ